NUMBER 13-06-142-CR

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                         CORPUS CHRISTI -
EDINBURG

____________________________________________________________

 

ALFREDO URIBE,                                                                             Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                    Appellee.

____________________________________________________________

 

     On appeal from the 105th
District Court of Kleberg County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

                                                              

                      Before Justices
Rodriguez, Castillo, and Garza

                                 Memorandum
Opinion Per Curiam

                                                                  

Appellant, ALFREDO URIBE, attempts to appeal a conviction for aggravated
assault with a deadly weapon.  The
trial court has certified that Athe defendant has waived the right of appeal.@  See Tex. R. App. P. 25.2(a)(2).








On April
4, 2006, this Court notified appellant=s counsel of the trial court=s certification and ordered counsel to: (1) review
the record; (2) determine whether appellant has a right to appeal; and (3)
forward to this Court, by letter, counsel=s
findings as to whether appellant has a right to appeal, or, alternatively,
advise this Court as to the existence of any amended certification.

On May
8, 2006, counsel filed a letter brief with this Court.  Counsel=s response fails to establish either that the
certification currently on file with this Court is incorrect or that appellant
otherwise has a right to appeal.  

The Texas Rules
of Appellate Procedure provide that an appeal must be dismissed if the trial
court=s certification does not show that the defendant has
the right of appeal.  Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. 
Appellant=s counsel has filed a motion to withdraw.  Having considered the motion, we grant the
request.  It is ordered that the
Honorable Peter H. Keim is released from further representation in this
case.  The Clerk of the Court is ordered
to send notice by certified mail, return receipt requested.  

All other motions
are denied as moot.

 

PER CURIAM

 

Do not publish. 


Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 25th day of May, 2006.